In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New

York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the LLOYDS INSURANCE COMPANY OF AMERICA. Claim of FIDELITY & DEPOSIT COMPANY OF MARYLAND. Claim No. 19 R. I. 422. FIDELITY & DEPOSIT COMPANY OF MARYLAND. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the LLOYDS INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.